KKO
F. #2015V00964

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

              Plaintiff,

      -against-

APPROXIMATELY FOUR HUNDRED
FIFITY (450) ANCIENT CUNEIFORM
TABLETS; and

APPROXIMATELY THREE THOUSAND
(3,000) ANCIENT CLAY BULLAE,

              Defendants *in rem*.

- - - - - - - - - - - - - - - - - - - -X

**WARRANT FOR ARREST OF ARTICLES IN REM**

Civil Action No.

TO THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, HOMELAND SECURITY INVESTIGATIONS ("HSI"), AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a Verified Complaint *in rem* was filed on or about July 5, 2017 in the United States District Court for the Eastern District of New York (the "Verified Complaint"), alleging that the following Defendants *in rem*: (a) approximately two hundred twenty-three (223) ancient cuneiform tablets and approximately three hundred (300) ancient clay bullae seized on or about January 19, 2011 (collectively, the "Seized Defendants *in rem*"); and (b) approximately two hundred twenty-seven (227) cuneiform tablets and approximately two thousand seven hundred (2,700) ancient clay bullae shipped from the United Arab Emirates and Israel to Oklahoma City, Oklahoma in 2010 and 2011

(collectively, the "Additional Defendants *in rem*"), constitute merchandise that was introduced or attempted to be introduced into the United States contrary to law, and are therefore subject to seizure and forfeiture to the United States, in accordance with 19 U.S.C. § 1595a(c)(1)(A); and

WHEREAS, the Court being satisfied that, based upon the Verified Complaint *in rem*, there is probable cause to believe that the Defendants *in rem* constitute property that is subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(1)(A), and that grounds for issuance of a warrant for arrest of articles *in rem* exist, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules");

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendants *in rem* and use discretion and whatever means appropriate to protect and maintain the Defendants *in rem*; and

IT IS FURTHER ORDERED THAT the United States shall provide notice of this action to all persons thought to have an interest in or claim against the Defendants *in rem* by serving upon such persons a copy of this warrant and a copy of the Verified Complaint *in rem* in a manner consistent with the principles of service of an action *in rem* under Supplemental Rule G(4)(b) of the Supplemental Rules and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in accordance with the customs and practice of this district, and pursuant to Supplemental Rule G(4)(a);

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the Defendants *in rem*, any person claiming an interest in, or right against, the Defendants *in rem* shall file a verified claim identifying the specific property claimed by the claimant and the claimant's interest in the property. The verified claim must be signed by the claimant under penalty of perjury, in the manner set forth in Supplemental Rule G(5) of the Supplemental Rules and the Federal Rules of Civil Procedure, except that in no event may such claim be filed later than thirty-five (35) days after service of the Verified Complaint *in rem*, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of this action. All claimants must also file an answer to the Verified Complaint *in rem* or motion under Fed. R. Civ. P. 12 within twenty-one (21) days after the filing a claim. All such claims and answers must be filed with the Clerk of Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Assistant United States Attorney Karin Orenstein, United States

Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
         July 20 , 2017

                                        s/ LaShann DeArcy Hall
                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK